## Law Office of Shane Phelps, P.C.

400 N. Washington  
Bryan, Texas 77803

**INVOICE**

Invoice # 448  
Date: 02/07/2014  
Due On: 03/09/2014

Jefferson County

### 00450-Jefferson County Special Prosecution

### Perjury/Aggravated Perjury

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 09/27/2013 | Special Prosecution: Telephone conversation with court employee regarding Morgan. | 0.20 | $175.00 | $35.00 |
| Service | 09/27/2013 | Special Prosecution: Telephone conference with Ed Shettle to discuss grand jury scheduling and potential prosecution/offenses. | 0.50 | $175.00 | $87.50 |
| Service | 09/27/2013 | Special Prosecution: Spoke by phone with Grand Jury Secretary to schedule time before the grand jury. | 0.10 | $175.00 | $17.50 |
| Service | 09/27/2013 | Special Prosecution: Received and reviewed material from Klein website regarding Judge Walker. | 0.50 | $175.00 | $87.50 |
| Service | 10/03/2013 | Special Prosecution: Telephone conversation with Ramon Rodriguez of Jefferson County DA's Office to discuss grand jury scheduling and subpoenas. | 0.30 | $175.00 | $52.50 |
| Service | 10/04/2013 | Special Prosecution: Telephone conversation with Joe Alford to discuss his special prosecution and evidence in his case that is relevant to this case. | 0.40 | $175.00 | $70.00 |
| Service | 10/23/2013 | Special Prosecution: Traveled to Beaumont for 10/24 meeting with grand jury; arrived in Beaumont and began preparing for meeting with grand jury. | 5.50 | $175.00 | $962.50 |
| Expense | 10/23/2013 | Reimbursable expense: Traveled to Beaumont for meeting with grand jury 167 miles x .55 = 91.85 | 1.00 | $91.85 | $91.85 |
| Expense | 10/23/2013 | Reimbursable expense: Hotel for trip to meet with 10/24 grand jury. | 1.00 | $136.85 | $136.85 |
| Service | 10/24/2013 | Special Prosecution: Traveled to Jefferson County Courthouse for meeting with grand jury; appeared for grand jury session, but rescheduled; met with several witnesses at courthouse and away from courthouse; returned to Bryan. | 9.00 | $175.00 | $1,575.00 |
| Expense | 10/24/2013 | Reimbursable expense: Returned to Bryan from Beaumont; 167@ .55/mile = 91.85. | 1.00 | $91.85 | $91.85 |

**Exhibit D**

| Service | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Service | 11/27/2013 | Special Prosecution: Received telephone call from media inquiring about lawsuit filed by Phillip Klein against me; received and reviewed complaint filed by Larry Watts on behalf of Phillip Klein seeking declaratory relief. | 1.10 | $175.00 | $192.50 |
| Service | 12/11/2013 | Special Prosecution: Received and reviewed demand letter from John Morgan asserting baseless accusations, demanding $2 million, and threatening a lawsuit. | 0.40 | $175.00 | $70.00 |
| Service | 12/11/2013 | Special Prosecution: Telephone conversation with Patrick Swain regarding open records request. | 0.20 | $175.00 | $35.00 |
| Service | 12/11/2013 | Special Prosecution: Telephone conversation with Tom Rugge regarding new suits filed by Klein and Morgan and Jefferson County's representation of me in said suits. | 0.50 | $175.00 | $87.50 |
| Service | 12/11/2013 | Special Prosecution: Received (by mail) and reviewed alleged subpoena duces tecum in State v. Hartman; telephone call to special prosecutor Joe Alford. | 0.30 | $175.00 | $52.50 |
| Service | 12/30/2013 | Special Prosecution: Telephone conversation with Tom Rugge regarding new lawsuit filed against me by John Morgan. | 0.30 | $175.00 | $52.50 |
| Service | 01/07/2014 | Special Prosecution: Contacted by Judicial Conduct Commission; extensive conversation regarding history of special prosecution. | 1.00 | $175.00 | $175.00 |
| Service | 01/08/2014 | Associate: Special Prosecution: phone conversation with Ramon Rodriguez about grand jury scheduling | 0.10 | $175.00 | $17.50 |
| Service | 01/21/2014 | Special Prosecution: Telephone conversation with Paul Schiffer, attorney for Phillip Klein. | 0.20 | $175.00 | $35.00 |
| Service | 01/22/2014 | Special Prosecution: Spoke by phone to Deputy Constable Riley regarding service of citation for lawsuit by Phillip Klein. | 0.20 | $175.00 | $35.00 |
| Service | 01/26/2014 | Special Prosecution: Reviewed petition in Klein v. Walker and Phelps served on me by certified mail; drafted memorandum to insurance company on background of case; scanned all pertinent documents, suits, and letters for transmission to insurance company; drafted transmittal email to insurance company. | 3.00 | $175.00 | $525.00 |
| Service | 01/29/2014 | Special Prosecution: Received, reviewed, and responded to email from insurance carrier regarding coverage issues in suits and threatened suits by Morgan and Klein. | 0.50 | $175.00 | $87.50 |
| Service | 02/07/2014 | Special Prosecution: Telephone conversation with representative of Insurance Company to discuss legal representation, alternate insurance, and answering of Klein lawsuit. | 0.30 | $175.00 | $52.50 |

*Post Judge Walker* (handwritten annotation bracketing last four entries)