# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| PHILIP R. KLEIN, | § § | |
| *Plaintiff,* | § § | NO. 1:14-cv-509 |
| v. | § § | |
| LAYNE WALKER, | § § | |
| *Defendant*. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

This case is assigned by court order to the Honorable Zack Hawthorn, United States Magistrate Judge for all pretrial matters. Doc. No. 2. Pending before the court is Judge Hawthorn's Report and Recommendation to deny Defendant Layne Walker's motion for attorney's fees. Doc. No. 124. No objections have been filed and the time for so doing has passed. It is therefore **ORDERED** that Walker's motion for attorney's fees and expenses (Doc. No. 93) is **DENIED**.

**So ORDERED and SIGNED this 17th day of May, 2017.**

Ron Clark, United States District Judge